prescribes particular factors which a trial judge must consider in determining whether a person is a sexual predator?"

Douglas, J., dissents.

Cause consolidated with 00–2014, *State v. Wozniak*, Franklin App. No. 00AP–349, and cause held for the decision in 00–1555, *State v. Thompson*, Montgomery App. No. 17984; briefing schedule stayed.

### 00–2187. DeCastro v. Wellston City School Dist. Bd. of Edn.

Jackson App. No. 00CA06. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue "whether nominal damages can be recovered where actual monetary damages cannot be proven in a breach of contract claim."

F.E. Sweeney and Pfeifer, JJ., dissent.

Cause consolidated with 00–1853, *DeCastro v. Wellston City School Dist. Bd. of Edn.*, Jackson App. No. 00CA06.

The conflict cases are *Munoz v. Flower Hosp.* (1985), 30 Ohio App.3d 162, 30 OBR 303, 507 N.E.2d 360; *Textron Fin. Corp. v. Nationwide Mut. Ins. Co.* (1996), 115 Ohio App.3d 137, 684 N.E.2d 1261; and *Hackathorn v. Springfield Local School Dist.* (1994), 94 Ohio App.3d 319, 640 N.E.2d 882.

### 00–2264. State v. Singleton.

Cuyahoga App. No. 76357. On motion for leave to file delayed appeal. Motion denied.

F.E. Sweeney, J., dissents.

### 00–2282. State v. Clark.

Montgomery App. No. 18314. On motion for leave to file delayed appeal. Motion granted.

F.E. Sweeney, J., dissents.

### 00–2308. State v. Woodson.

Lucas App. No. L–98–1235. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

### 00–2335. Porritt v. Howard.

Lucas App. No. L–00–1259. On amended motion for stay of court of appeals' decision. Motion denied.

### 01–24. State v. Burns.

Montgomery App. No. 11216. On motion for leave to file delayed appeal. Motion denied.

### 01–26. State v. Montgomery.

Franklin App. No. 99AP–750. On motion for leave to file delayed appeal. Motion denied.

Moyer, C.J., Douglas and Lundberg Stratton, JJ., dissent.

### 01–68. Wyper v. Wyper.

Lucas App. No. L–99–1378. On motion for immediate stay of the court of appeals' judgment. Motion denied.

Moyer, C.J., dissents.

Douglas and Resnick, JJ., not participating.

## DISCRETIONARY APPEALS ALLOWED

### 00–1812. State v. Maxwell.

Franklin App. No. 99AP–1177. Discretionary appeal allowed on Proposition of Law No. II.

Douglas and Lundberg Stratton, JJ., would allow all propositions of law.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.

### 00–1838. Columbus Div. of Income Tax v. New Plan Realty Trust.

Franklin App. No. 99AP–1350.

F.E. Sweeney, Pfeifer and Cook, JJ., dissent.

### 00–1847. Klein v. Streicher.

Hamilton App. No. C–000678. Discretionary appeal allowed, and motion to dismiss appeal by Chuck Klein, Vernon Ferrier, Leanne Driscoll, James H. Cohen et al. denied.

Douglas, Resnick and Pfeifer, JJ., dissent.